**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| STEVEN BERNAL, | NO. CV 06-06070 PA (SS) |
|     Petitioner, | |
|     v. | **ORDER ADOPTING FINDINGS,** |
| LARRY SMALL, Acting Warden, | **CONCLUSIONS AND RECOMMENDATIONS** |
| | **OF UNITED STATES MAGISTRATE JUDGE** |
|     Respondent. | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all of the records and files herein, the Magistrate Judge's Report and Recommendation, and Petitioner's Objections. After having made a <u>de novo</u> determination of the portions of the Report and Recommendation to which Objections were directed, the Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\
\\
\\
\\
\\

Accordingly, IT IS ORDERED THAT:

1. The Petition for Writ of Habeas Corpus is DENIED and Judgment shall be entered dismissing this action with prejudice.

2. The Clerk shall serve copies of this Order and the Judgment herein by United States mail on Petitioner and on counsel for Respondent.

DATED: October 23, 2009

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE