JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN BERNAL, | NO. CV 06-06070 PA (SS) |
| Petitioner, | **JUDGMENT** |
| v. | |
| LARRY SMALL, Acting Warden, | |
| Respondent. | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: October 23, 2009

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE